I. NEEL CHATTERJEE (SBN 173985)
nchatterjee@goodwinlaw.com
ANDREW S. ONG (SBN 267889)
aong@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

JENNIFER BRIGGS FISHER (SBN 241321)
JFisher@goodwinlaw.com
WENDELL LIN (SBN 329656)
WLin@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111
Tel: +415 733 6000
Fax: +415 677 9041

AARON THOMPSON (SBN 272391)
AThompson@goodwinlaw.com
**GOODWIN PROCTER LLP**
520 Broadway Suite #500
Santa Monica, CA 90401
Tel: +424 252 6400
Fax: +424 252 6401

Attorneys for Plaintiff ALPHONSO INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALPHONSO INC., <br><br> Plaintiff, <br><br> v. <br><br> TREMOR VIDEO, INC., <br><br> Defendant. | Case No. 5:22-cv-03629-NC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Judge:    Hon. Nathanael M. Cousins |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alphonso Inc. ("Alphonso") and Defendant Tremor Video, Inc. ("Tremor"), by and through the undersigned counsel of record, hereby stipulate to dismiss with prejudice all claims asserted by Alphonso against Tremor in this action. Tremor has not asserted any counterclaims against Alphonso in this action.

**IT IS SO STIPULATED.**

Dated: October 11, 2023

Respectfully submitted,

By: */s/ Andrew S. Ong*
I. Neel Chatterjee
Jennifer Briggs Fisher
Andrew S. Ong
Aaron Thompson
Wendell Lin
**GOODWIN PROCTER LLP**

*Attorneys for Plaintiff Alphonso Inc.*

Dated: October 11, 2023

Respectfully submitted,

By: */s/ Joshua A. Baskin*
John P. Flynn
Colleen Bal
Joshua A. Baskin
**WILSON SONSINI GOODRICH & ROSATI**

*Attorneys for Defendant Tremor Video, Inc.*

**IT IS SO ORDERED.**

Dated: October _11_, 2023

_____
HON. [NATHANAEL M. COUSINS]
UNITED STATES [MAGISTRATE] JUDGE

GRANTED
[signature]
Judge Nathanael M. Cousins

## **ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

                                                            /s/ *Andrew S. Ong*
                                                            Andrew S. Ong

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on October 11, 2023.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on October 11, 2023 in San Francisco, California.

/s/ *Andrew S. Ong*
Andrew S. Ong